# IN THE SUPREME COURT OF THE STATE OF NEVADA

ISIDRO BACA, WARDEN; JAMES DZURENDA, DIRECTOR; THE STATE OF NEVADA DEPARTMENT OF CORRECTIONS; THE STATE OF NEVADA; AND HEIDI J. PARRY STERN, CHIEF DEPUTY ATTORNEY GENERAL,

Appellants,

vs.

WILLIAM JOHN CONNORS, III,

Respondent.

No. 73725

FILED

JAN 11 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT

BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is an appeal from an order granting respondent's postconviction petition for a writ of habeas corpus. First Judicial District Court, Carson City; James E. Wilson, Judge.

Appellants have filed a motion to voluntarily dismiss this appeal based on this court's recent decision in *Williams v. State, Department of Corrections*, 133 Nev., Adv. Op. 75, 402 P.3d 1260 (2017). Cause appearing, we grant the motion, NRAP 42(b), and

ORDER this appeal DISMISSED.

_____, J.
Cherry

_____, J.
Parraguirre

_____, J.
Stiglich

SUPREME COURT
OF
NEVADA

(O) 1947A

18-01722

cc: Hon. James E. Wilson, District Judge
Attorney General/Carson City
Attorney General/Las Vegas
William John Connors, III
Carson City Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A

2